| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>By: Denise Carlon Esquire<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>201-549-2363<br>Attorneys for Secured Creditor:<br>Metropolitan Life Insurance Company | Order Filed on July 11, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Raymond A Davan aka Raymond A Davan, Sr,<br>Cheryl A Davan,<br><br>              Debtor(s) | Case No.: 25-14609 ABA<br><br>Hearing Date: 07/09/2025 @9:00 a.m.<br><br>Judge: Andrew B. Altenburg |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: July 11, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtors: Raymond A Davan aka Raymond A Davan, Sr, and Cheryl A Davan
Case No.: 25-14609 ABA
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Metropolitan Life Insurance Company, holder of a mortgage on real property located at 310 Cleveland Avenue, Riverside NJ 08075, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Eric Clayman, Esquire, attorney for Debtors Raymond A Davan aka Raymond A Davan, Sr, and Cheryl A Davan, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the arrearage claim of Secured Creditor, which will be filed on or before the bar date of July 10, 2025, on the claims register for an arrearage of $2,573.39, in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.