Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−14609−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Raymond A Davan
aka Raymond A Davan Sr
310 Cleveland Ave
Riverside, NJ 08075−4002

Cheryl A Davan
310 Cleveland Ave
Riverside, NJ 08075−4002

Social Security No.:
xxx−xx−1590

xxx−xx−8642

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 23, 2025.

Dated: October 23, 2025
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-14609-ABA |
| Raymond A Davan | Chapter 13 |
| Cheryl A Davan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 23, 2025 | Form ID: plncf13 | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Raymond A Davan, Cheryl A Davan, 310 Cleveland Ave, Riverside, NJ 08075-4002 |
| 520640662 | | CLAYMAN LAW LLC, 1814 EAST ROUTE 70 350, Cherry Hill, NJ 08003 |
| 520640659 | | CareCredit Rewards, Synchrony Bank, PO Box 71715, Philadelphia, PA 19176-1715 |
| 520640667 | + | Cooper Health, 1 Cooper Plaza, Camden, NJ 08103-1489 |
| 520640671 | | Elevation Capital, 1614 E Churchville Rd Ste 100, Bel Air, MD 21015-2052 |
| 520640672 | + | Elevation Capital, 2351 N Forest Rd,, Getzville, NY 14068-9902 |
| 520640675 | | Extra Space Storage, 700 Creek Rd, Delanco, NJ 08075-5212 |
| 520640677 | ++ | FLAGSHIP RESORT, 60 NORTH MAINE AVENUE, ATLANTIC CITY NJ 08401-5518 address filed with court:, Flagship Resort, 60 N Maine Ave, Atlantic City, NJ 08401 |
| 520640685 | + | Rangeley Lake Resort, 2222 Main St,, Rangeley, ME 04970-4021 |
| 520640698 | + | Wawa Credit Card, PO Box 9001101, Louisville, KY 40290-1101 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 23 2025 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 23 2025 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520640650 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:10:08 | AEO/SYNCHRONY BANK, PO Box 71711, Philadelphia, PA 19176-1711 |
| 520640651 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:11:13 | AEO/SYNCHRONY BANK, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520640653 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 23 2025 21:03:00 | ALLY FINANCIAL, Po Box 380901, Bloomington, MN 55438-0901 |
| 520640654 | + | Email/Text: bnc-aquafinance@quantum3group.com | Oct 23 2025 21:06:00 | AQUA FINANCE INC, Po Box 1143 Dept 612, Wausau, WI 54402-1143 |
| 520640652 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 23 2025 21:10:23 | Affirm, Inc., 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 520759719 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 23 2025 21:11:08 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520708520 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 23 2025 21:11:07 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520640655 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 23 2025 21:05:00 | Barclay's, Po Box 13337, Philadelphia, PA |

Case 25-14609-ABA   Doc 39   Filed 10/25/25   Entered 10/26/25 00:24:10   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: plncf13 | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| | | | | 19101-3337 |
| 520640656 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Oct 23 2025 21:22:50 | Best Buy Credit Services, Po Box 70601, Philadelphia, PA 19176-0601 |
| 520640657 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Oct 23 2025 21:05:00 | Bread Rewards, PO Box 650968, Dallas, TX 75265-0968 |
| 520640658 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Oct 23 2025 21:10:22 | Capital One, Po Box 981600, Boston, MA 02298-1600 |
| 520640660 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Oct 23 2025 21:10:56 | Chase, Po Box 1423, Charlotte, NC 28201-1423 |
| 520640661 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Oct 23 2025 21:10:20 | Citi Cards, PO Box 70166, Philadelphia, PA 19176-0166 |
| 520723140 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Oct 23 2025 21:10:52 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 520640663 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Oct 23 2025 21:05:00 | Comenity - NFL Extra, PO Box 650967, Dallas, TX 75265-0967 |
| 520640664 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Oct 23 2025 21:05:00 | Comenity - Victoria's Secret, PO Box 183043, Columbus, OH 43218-3043 |
| 520640665 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Oct 23 2025 21:05:00 | Comenity Bank, 3095 Loyalty Circle, Columbus, OH 43219-3673 |
| 520640666 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Oct 23 2025 21:05:00 | Comenity-Carter's, Po Box 650113, Dallas, TX 75265-0113 |
| 520640668 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Oct 23 2025 21:11:13 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 520640669 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Oct 23 2025 21:06:00 | DEPT OF ED, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520640670 | | Email/Text: mrdiscen@discover.com | | |
| | | | Oct 23 2025 21:04:00 | Discover, Po Box 70176, Philadelphia, PA 19176-0176 |
| 520647373 | | Email/Text: mrdiscen@discover.com | | |
| | | | Oct 23 2025 21:04:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520640673 | + | Email/Text: bankruptcy@elevationscu.com | | |
| | | | Oct 23 2025 21:07:00 | Elevations Credit Union, PO Box 9004, Boulder, CO 80301-9004 |
| 520640674 | ^ | MEBN | | |
| | | | Oct 23 2025 20:58:59 | Equiant Financial Services, 500 N Juniper Drive Suite 100, Chandler, AZ 85226-2525 |
| 520640676 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Oct 23 2025 21:35:41 | First Premiere, Po Box 5529, Sioux Falls, SD 57117-5529 |
| 520640678 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | | |
| | | | Oct 23 2025 21:05:00 | Goldman Sachs Bank, Apple Card / Lockbox 6112, Po Box 7247, Philadelphia, PA 19170-0001 |
| 520640679 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Oct 23 2025 21:11:13 | Home Depot Credit Services, Po Box 70600, Philadelphia, PA 19176-0600 |
| 520640680 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Oct 23 2025 21:05:00 | Internal Revenue Service, Po Box 7346, Philadelphia, PA 19101-7346 |
| 520640682 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Oct 23 2025 21:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 520640683 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Oct 23 2025 21:06:00 | Jefferson Capital Systems LLC, f/b/o Sprint, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 520691789 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 23 2025 21:04:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520640681 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Oct 23 2025 21:06:00 | Jefferson Capital System, 200 14th Ave E, Sartell, MN 56377-4500 |
| 520722953 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 25-14609-ABA    Doc 39    Filed 10/25/25    Entered 10/26/25 00:24:10    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 23, 2025 | Form ID: plncf13 | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| | | Oct 23 2025 21:10:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520640684 | Email/Text: ml-ebn@missionlane.com | Oct 23 2025 21:03:00 | Mission Lane LLC, PO Box 71084, Charlotte, NC 28272 |
| 520727481 | Email/Text: mtgbk@shellpointmtg.com | Oct 23 2025 21:04:00 | Metropolitan Life Insurance Company, c/o NewRez LLC d/b/a, P.O. Box 10826, Greenville SC 29603-0826 |
| 520753757 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 23 2025 21:04:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520653109 | + Email/Text: ecfbnc@aldridgepite.com | Oct 23 2025 21:05:00 | NewRez LLC dba Shellpoint Mortgage Servicing, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520713295 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 23 2025 21:06:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 520683812 | Email/Text: bnc-quantum@quantum3group.com | Oct 23 2025 21:06:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520713438 | Email/Text: bnc-quantum@quantum3group.com | Oct 23 2025 21:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520713293 | Email/Text: bnc-quantum@quantum3group.com | Oct 23 2025 21:06:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520722955 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 23 2025 21:10:19 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520640689 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:10:43 | SYNCB/AshleyHomestore, Po Box 71757, Philadelphia, PA 19176-1757 |
| 520640686 | Email/Text: mtgbk@shellpointmtg.com | Oct 23 2025 21:04:00 | Shellpoint, Po Box 619063, Dallas, TX 75261-9063 |
| 520640687 | Email/Text: mtgbk@shellpointmtg.com | Oct 23 2025 21:04:00 | Shellpoint Mortgage Servicing, 55 Beattie Pl Ste 600, Greenville, SC 29601-2165 |
| 520640688 | + Email/Text: bankruptcynotices@sba.gov | Oct 23 2025 21:04:00 | Small Business Administration, 409 3rd St., Washington, DC 20416-0002 |
| 520640690 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:10:43 | SyncB/Venmo, PO Box 71718, Philadelphia, PA 19176-1718 |
| 520640691 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:10:24 | Synchrony Bank/Amazon, Amazon, Po Box 71711, Philadelphia, PA 19176-1711 |
| 520640692 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 23 2025 21:10:07 | Synchrony Bank/Sam's Club, PO Box 965061, Orlando, FL 32896-5052 |
| 520725971 | Email/Text: bncmail@w-legal.com | Oct 23 2025 21:05:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 520640694 | + Email/Text: bncmail@w-legal.com | Oct 23 2025 21:05:00 | TD BANK USA/TARGET CREDIT, PO Box 673, Minneapolis, MN 55440-0673 |
| 520640693 | Email/Text: bankruptcy@td.com | Oct 23 2025 21:06:00 | TD Bank NA, Po Box 100290, Columbia, SC 29202-3290 |
| 520725525 | ^ MEBN | Oct 23 2025 20:59:51 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520640695 | Email/Text: Bankruptcy@teachersfcu.org | Oct 23 2025 21:05:00 | Teachers Federal Credit Union, Po Box 9005, Smithtown, NY 11787-9005 |
| 520647223 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 23 2025 21:06:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

| Recip ID | | | | |
|---|---|---|---|---|
| 520640697 | | Email/Text: virtuapatientaccounting@virtua.org | Oct 23 2025 21:05:00 | Virtua Health Systems, 2000 Crawford Pl Ste 100, Mount Laurel, NJ 08054-3920 |
| 520640696 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 23 2025 21:03:00 | Verizon, Po Box 408, Newark, NJ 07101-0408 |
| 520640699 | + | Email/Text: customerservice.us@klarna.com | Oct 23 2025 21:04:00 | WebBank, PO Box 8116, Columbus, OH 43201-0116 |

TOTAL: 60

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520759725 | *+ | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520708513 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2025            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Metropolitan Life Insurance Company dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric J Clayman | on behalf of Debtor Raymond A Davan Eric@Clayman-Law.com  CLAYMANLAWLLC@jubileebk.net |
| Eric J Clayman | on behalf of Joint Debtor Cheryl A Davan Eric@Clayman-Law.com  CLAYMANLAWLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6