UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eric J Clayman, Esquire
CLAYMAN LAW LLC
1814 E. ROUTE 70 #350
CHERRY HILL, NJ 08003
856 777 5877
ERIC@CLAYMAN LAW.COM

Attorney for Debtor

In Re:

Davan, Raymond A; Davan, Cheryl A

Case No.: 25 14609

Judge: Judge Altenburg

Chapter: 13

**CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION**

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by ______________________________ , creditor,

A hearing has been scheduled for _____________________________, at __________.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____________________________, at ___________.

☒ Certification of Default filed by Standing Chapter 13 Trustee.,

I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ ___________________, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
We had been paying by TFS and there was a delay. We did not believe we were 30 days behind. We will continue to pay the trustee and if are payments have to increase to complete our plan within 60 months, we would think the income would be modest. We are committed to complete our plan.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 08/09/2026 /s/Raymond A. Davan
Debtor's Signature

Date: ______________________ ______________________________
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.