Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 25−14609−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Raymond A Davan
aka Raymond A Davan Sr
310 Cleveland Ave
Riverside, NJ 08075−4002

Cheryl A Davan
310 Cleveland Ave
Riverside, NJ 08075−4002

Social Security No.:
xxx−xx−1590
xxx−xx−8642

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/18/26 at 09:00 AM

to consider and act upon the following:

***43*** − Certification in Opposition to Standing Chapter 13 trustee Certification of Default (related document:42 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 08/21/2026. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Eric J Clayman on behalf of Cheryl A Davan, Raymond A Davan. (Clayman, Eric)

Dated: 8/10/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court